UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SCOTT EVAN BANCHERO,

Defendant.

Case No. 2:17-CR-47-RSL

ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

This matter comes before the Court on defendant Scott Evan Banchero's motion for early termination of supervised release. Dkt. #7.

On March 30, 2015, Mr. Banchero pleaded guilty to one count of Drug Conspiracy in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), and (b)(1)(C). Dkt. #3-2 at 3. He was sentenced on February 8, 2016 to 35 months, followed by supervised release for a term of 5 years. Dkt. 3-3. His supervised release term commenced on January 24, 2017. Dkt. #7 at 2. On February 8, 2017, probation jurisdiction was transferred from the District of Alaska to the Western District of Washington. Dkt. #1.

A court "may, after considering the factors set forth in [18 U.S.C. § 3553(a)] … terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release… if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court "enjoys discretion to consider a wide range of circumstances when determining whether to grant early

ORDER DENYING DEFENDANT'S MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 1

termination." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014) (citing United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999)).

The Court is pleased to learn that Mr. Banchero has had no violations under supervised release, is employed with the Longnecher Alpaca Ranch, and is supporting his family. Dkt. #7 at 3–4; Dkt. #8 at 2. It appreciates that Mr. Banchero wishes to take a new job with National Auto Sales and Service in Spokane, resume contact with his son, Layten, and resume visits with his in-laws, the Feathertons. Id. at 4–5. However, Mr. Banchero has only completed a little over two years of his five-year term of supervised release. Id. at 1. This was also his second federal felony drug conviction, following over a decade in prison. Dkt. #8 at 2. The Probation Office has expressed concerns regarding the new job offer, as it would require him to travel regularly between Portland, Seattle, Coeur D'Alene and Spokane on short notice. Id.; Dkt. #7 at 5. There are also concerns regarding his contact with the Feathertons and Layten due to their involvement with his underlying offense. Id. at 1; Dkt. #7 at 3–4. The Court declines to terminate Mr. Banchero's supervised release at this time, but encourages him to continue his excellent behavior. See Emmett, 749 F.3d at 819.

For all the foregoing reasons, Mr. Banchero's motion is DENIED.

DATED this 25th day of April, 2019.

Robert S. Lasnik
United States District Judge