The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:17-cr-00047-RSL |
| Plaintiff, | ORDER GRANTING DEFENDANT SCOTT BANCHERO'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| SCOTT BANCHERO, | |
| Defendant. | |

This Court has considered Defendant Scott Banchero's Unopposed Motion for Early Termination of Supervised Release, this proposed form of Order, and the pleadings and records already on file.  It is therefore

ORDERED that Defendant Banchero's Unopposed Motion for Early Termination of Supervised Release is GRANTED.  It is further

ORDERED that Scott Banchero be discharged from supervised release. Dated this 26th day of June, 2020.

THE HONORABLE ROBERT S. LASNIK

ORDER GRANTING DEFENDANT SCOTT
BANCHERO'S UNOPPOSED MOTION FOR
EARLY TERMINATION OF SUPERVISED
RELEASE – 1

3143297.docx

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501